IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO: 01-41108 JTL |
| EDI USA, INC. | ) | |
| | ) | |
| Debtor | ) | **MOTION TO PAY FUNDS INTO** |
| | ) | **REGISTRY OF THE COURT** |

Comes now, MICHAEL P. CIELINSKI, TRUSTEE in the above mater and respectfully shows the Court as follows:

1.

The check issued by the Trustee being **check number 1020**, payable to Intermedia communications, Inc. in the amount of **$91.14,** has returned to the Trustee. The Trustee has stopped payment.

2.

Trustee prays that since the funds are unclaimed he be allowed to tender the same to the registry of the Court.

WHEREFORE, the Trustee prays this motion be inquired into and granted

_____
MICHAEL P. CIELINSKI

**CERTIFICATE OF SERVICE**

I, MICHAEL P. CIELINSKI, do hereby certify that I have served a copy of the within and foregoing Motion to Pay Funds Into the Registry of the Court on the below listed persons by placing same in the United States Mail, properly addressed and with sufficient postage attached thereto to insure delivery:

Elizabeth Hardy – Office of U. S. Trustee – 440 MLK Blvd., Ste 302, Macon, GA 31201

This 20 day of **JUNE, 2006.**

_____
MICHAEL P. CIELINSKI
MICHAEL P. CIELINSKI, P.C.
P.O. BOX 1882
COLUMBUS, GA 31902-1882
706-653-0354
STATE BAR NO: 125700